612

Keith Russell JUDD, Plaintiff–
Appellant,

v.

Royal FURGESON, U.S. District Judge, Western District of Texas, Mike Melshy, Tina Bahling, Kelly An Fowden, T. Sims, Perkins, Mike Mckinnon, Warden Nancy Bailey, Martin and Otto, Defendants–Appellees.

No. 2009–1293.

United States Court of Appeals, Federal Circuit.

April 14, 2009.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

In re S.A. ESTABLECIMIENTOS VITIVINICOLAS ESCORIHUELA.

No. 2009–1238.
Serial No. 78/967,315.

United States Court of Appeals, Federal Circuit.

April 15, 2009.

Raymond T. Chen, Patent & Trademark Office, Arlington, VA, for John J. Doll.

Julie B. Seyler, Abelman, Frayne & Schwab, New York, NY, for S.A. Establecimientos Vitivinicolas Escorihuela.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).